# CLERK'S CRIMINAL INFORMATION SHEET
## U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

**CASE ASSIGNMENT STAMP** (To be completed by clerk's office)

1:23-cr-170-MPB-TAB

**SEALED CASE:** ☐
**UNSEALED CASE:** ✔
**EX PARTE** *(by Motion):* ☐
*(Fed. R. Crim. P. 6(e)(4))*

**FILED**
4:37 pm, Nov 09, 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## BASIC CASE INFORMATION
Name of Case: U.S. v. Sean Eberhart
County of Offense: Marion
Division: ✔ Indianapolis  ☐ Terre Haute  ☐ Evansville  ☐ New Albany

## CHARGING INFORMATION
✔ Information  ☐ Superseding Information
☐ Indictment  ☐ Superseding Indictment

Docket No.: _____
Same defendant(s)? ☐ YES ☐ NO
New defendant(s)? ☐ YES ☐ NO
Defendant(s) renumbered? ☐ YES ☐ NO

**Magistrate Case (for this Information/Indictment):**
Magistrate Case Number: _____
Case Title: _____
Type: ☐ Complaint  ☐ Grand jury target  ☐ Search warrant

Guilty plea petition being filed with this Information/Indictment? ✔ YES ☐ NO

**Local Criminal Rule 12-2 Related Case Information:**
Case Title: _____
Case Number: _____

## DEFENDANT INFORMATION
Name: Sean Eberhart
Alias names: _____
Address: 8337 S. 375 W., Shelbyville, IN 46176
Birth date: 01/21/1966   ☐ Juvenile   SSN: 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   Sex: ✔ M  ☐ F
Interpreter needed: ☐ YES ✔ NO   List language and/or dialect: _____

Location status:
Already in federal custody? ☐ YES ✔ NO    Already in state custody? ☐ YES ✔ NO
Previously arrested (federally) for this charge? ☐ YES ✔ NO    If YES, arrest date? _____
On pretrial release? ☐ YES ✔ NO

## DEFENSE COUNSEL INFORMATION (expected to appear for these federal charges)
Name: Patrick J. Cotter    ✔ RETAINED  ☐ APPOINTED
Address: 200 West Madison Street, Chicago, IL 60606
Phone: 312-345-5088    Email: pcotter@greensfelder.com

## U.S. ATTORNEY INFORMATION
AUSA: Bradley P. Shepard    Phone: 317-226-6333    Agent/Agency: Matthew Stahl, FBI

## COUNT INFORMATION
Number of counts: 1    ☐ Petty  ☐ Misdemeanor  ✔ Felony
To be issued for this charge: ☐ Warrant  ✔ Summons  ☐ WITHHELD

| Index Key/Code | Description of Offense Charged in Indictment/Information | Count(s) |
| --- | --- | --- |
| 18:371.F | Conspiracy to Commit Honest Services Fraud | 1 |
| | | |
| | | |

USAO point of contact for this form: Sarah Lindley    Phone: 317-229-2461