UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
4:37 pm, Nov 09, 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:23-cr-170-MPB-TAB |
| SEAN EBERHART, | ) |
| Defendant. | ) |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of Indiana, by Bradley P. Shepard, Senior Litigation Counsel for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: /s/ Bradley P. Shepard
    Bradley P. Shepard
    Senior Litigation Counsel
    Office of the United States Attorney
    10 W. Market Street, Suite 2100
    Indianapolis, IN 46204-3048
    Telephone: (317) 226-6333
    Fax: (317) 226-6125
    Email: Brad.Shepard@usdoj.gov