UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
4:38 pm, Nov 09, 2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.  1:23-cr-170-MPB-TAB |
| SEAN EBERHART, | ) | |
| Defendant. | ) | |

PENALTY SHEET

You have been charged in an Information with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 371 Conspiracy to Commit Honest Services Fraud | 0-5 | NMT $250,000 | NMT 3 Years |

Dated: _____    _____
                                SEAN EBERHART
                                Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.


                                _____
                                United States Magistrate Judge
                                Southern District of Indiana